United States District Court
for the District of New Jersey

RENE RASMUSSEN, an individual,

       *Plaintiff*,

 v.

UNITED STATES OF AMERICA,

       *Defendant*.

Civil No: 14-6726 (KSH)(CLW)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

 **THIS MATTER** having come before the Court on motion by the defendant, the United States of America, seeking to dismiss claims of false arrest, malicious prosecution, false imprisonment, wrongful search and seizure of property and communications, and intentional infliction of emotional distress brought under the Federal Tort Claims Act, 28 U.S.C. § 1346(b) by the plaintiff, Rene Rasmussen; the Court having considered the written submissions of the parties, and for the reasons set forth in the opinion filed herewith, the court having ruled in favor of the defendant,

 **IT IS** on this 30th day of December, 2015, hereby

 **ORDERED** that the defendant's motion to dismiss the claims pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1),  is **granted**; and it is further

 **ORDERED** that this matter is dismissed and the clerk is directed to close this case in the event that the plaintiff does not move to amend by filing a formal motion with proposed amended complaint no later than January 22, 2016.  Opposition in the event plaintiff so moves will be due February 2, 2016 and any reply due on February 9, 2016.  No extensions shall be granted.

2

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

2